UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL LEE ALLEN,

    Plaintiff,

v.                                      Case No. 3:21cv1834-LC-HTC

ESCAMBIA COUNTY JAIL,
ESCAMBIA BOARD OF COUNTY COMMISSIONERS,
SHERIFF OF ESCAMBIA COUNTY,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on November 16, 2021 (ECF No. 6), recommending this case be dismissed without prejudice as malicious based on Plaintiff's failure to truthfully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:21cv1834-LC-HTC

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3.     The clerk of court is directed to close this case.

**DONE AND ORDERED** this 28th day December of 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**